IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KATHLEEN WIRE | § | |
| | § | |
| VS. | § | CA No. 6:15-cv-01129-MHS |
| | § | |
| THE LINCOLN NATIONAL | § | |
| LIFE INSURANCE COMPANY and | § | |
| GROUP LONG TERM DISABILITY | § | |
| INSURANCE FOR EMPLOYEES OF | § | |
| HARDEN HEALTHCARE, INC. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff Kathleen Wire hereby announces that she dismisses this action with prejudice to the refiling of same. This matter has been settled. Each party shall bear their own attorney' fees and costs.

Respectfully submitted,

By: _/s/_____
James C. Plummer, TBA #16075700
Federal I.D. No. 3692
jplummer@plummerlawyers.com
Amar Raval, TBA # 24046682
S.D. I.D. No 619209
araval@plummerlawyers.com
**PLUMMER | RAVAL**
4203 Montrose Boulevard, Suite 270
Houston, Texas 77006
(713) 522-2887
(713) 522-3605 (Fax)

ATTORNEYS FOR PLAINTIFF