**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **KATHLEEN WIRE** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | Case No. 6:15-cv-1129 |
| **INSURANCE COMPANY and GROUP** | § | |
| **LONG TERM DISABILITY INSURANCE** | § | |
| **FOR EMPLOYEES OF HARDEN** | § | |
| **HEALTHCARE INC.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Kathleen Wire's Notice of Dismissal with Prejudice (Doc. No. 4). Having considered the Notice, the Court finds that it should be, and is hereby, **GRANTED**. It is therefore

**ORDERED** that the above-styled and numbered cause be **DISMISSED WITH PREJUDICE**. Fees and costs shall be taxed against the party incurring the same.

It is SO ORDERED.

SIGNED this 2nd day of February, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE