**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KATHLEEN WIRE § | |
| § | |
| v. § | |
| § | |
| THE LINCOLN NATIONAL LIFE § | Case No. 6:15-cv-1129 |
| INSURANCE COMPANY and GROUP § | |
| LONG TERM DISABILITY INSURANCE § | |
| FOR EMPLOYEES OF HARDEN § | |
| HEALTHCARE INC. § | |

## FINAL JUDGMENT

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE** pursuant to Plaintiff Kathleen Wire's Notice of Dismissal with Prejudice (Doc. No. 3).

All motions by either party not previously ruled on are hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 2nd day of February, 2016.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE